UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| ECKERT SEAMANS CHERIN & MELLOTT, LLC, | ) ) ) |
| Plaintiff, | ) Case No.: 3:20-cv-00658-HEH ) ) |
| v. | ) ) |
| NEXUS SERVICES, INC., et. al., | ) ) |
| Defendants. | ) ) |

## Notice of Settlement

The Parties, by counsel, hereby provide this Notice of Settlement pursuant to the Court's Scheduling Order and Pretrial Schedule A, to advise the Court that a Binding Settlement Term Sheet has been executed and the Settlement Agreement and other related documents are being prepared. The Parties expect to submit a Stipulation of Dismissal within 15 days of this Notice as required by the Court.

August 23, 2021

Respectfully submitted,

ECKERT SEAMANS CHERIN & MELLOTT, LLC

By: /s/ *Edward J. Longosz, II*
Edward J. Longosz, II, (VSB# 39411)
Eckert Seamans Cherin & Mellott, LLC
1717 Pennsylvania Avenue, NW, Suite 1200
Washington, DC 20006
Tel: (202) 659-6619
Fax: (202) 659-6699
elongosz@eckertseamans.com

100382009.1

919 East Main Street
Suite 1300
Richmond, VA 23219
Tel: (804) 788-7740
Fax: (804) 698-2950
elongosz@eckertseamans.com
*Counsel for Eckert Seamans Cherin & Mellott, LLC*


By:    /s/ *Christopher M. Okay*
Christopher M. Okay VSB#35611
Chris Okay, Attorney at Law
117 South Lewis Street, Suite 218
Staunton, Virginia 24401
(540) 466-3130
chrisokay@icloud.com
*Counsel for Nexus Services, Inc.*

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 23, 2021, I served a true and correct copy of the foregoing **Notice of Settlement** electronically and via U.S. mail.

      Christopher M. Okay
      Chris Okay, Attorney at Law
      117 South Lewis Street, Suite 218
      Staunton, Virginia 24401
      (540) 466-3130
      chrisokay@icloud.com
      *Counsel for Nexus Services, Inc.*

      Carl A. Anderson
      Rock Spring Law Group, PLLC
      1050 30th Street, N.W.
      Washington, DC  20007
      (202) 258-2776
      caa@rockspringlaw.com
      *Counsel for Nexus Services, Inc.*

      By:    */s/ Edward J. Longosz, II*
                Edward J. Longosz, II (VSB#39411)